**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| RE: RASHAD BAILEY | ) | Case No. 26 B 12116 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: DANIEL R FINE |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for September 17, 2026 10:00 am, for the following:

> Debtor has failed to provide copies to the Trustee of the most recently filed tax returns in accordance with 11 U.S.C. §§ 521(e)(2)(A)(i), and 1325(a)(1). Provide proof of 2022, 2023, 2024 and 2025 tax returns and provide proof that returns were filed.

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper. In the alternative, the Trustee requests a hearing on the matter.

Dated: August 25, 2026

/s/ Thomas H. Hooper
Thomas H. Hooper
Chapter 13 Trustee
150 N Michigan Ave, Suite 3800
Chicago, IL 60601
(312) 294-5900

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS DISTRICT OF ILLINOIS
EASTERN DIVISION DIVISION

| | |
|---|---|
| IN RE:<br>RASHAD BAILEY | CASE NO: 2612116<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13<br>Judge: DANIEL R FINE |

On 8/25/2026, I did cause a copy of the following documents, described below,

Objection to Confirmation of Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/25/2026

/s/ Thomas H. Hooper
Thomas H. Hooper

Thomas H. Hooper, Chapter 13 Trustee
150 N Michigan Ave, Suite 3800
Chicago, IL 60601
312-294-5900
chiweb@chicagoch13.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS DISTRICT OF ILLINOIS
EASTERN DIVISION DIVISION

IN RE:

RASHAD BAILEY

CASE NO: 2612116

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
Judge: DANIEL R FINE

On 8/25/2026, a copy of the following documents, described below,

Objection to Confirmation of Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/25/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas H. Hooper
Thomas H. Hooper, Chapter 13 Trustee
150 N Michigan Ave, Suite 3800
Chicago, IL 60601

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

RASHAD BAILEY
10210 S TRUMBULL AVE
EVERGREEN PK IL 60805