UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>RASHAD BAILEY,<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 26-12116<br><br>Chapter: 13<br>Honorable Daniel R. Fine |

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM #10-1
FILED BY U.S. BANK NA DBA ELAN FINANCIAL SERVICES**

THIS MATTER having come before this Court on the Trustee's Objection to Claim #10-1 filed by U.S. Bank NA dba Elan Financial Services, with proper notice having been given and upon due consideration, it is ordered that the Trustee's objection is SUSTAINED and the claim of U.S. Bank NA dba Elan Financial Services (Claim #10-1) is hereby DISALLOWED.

No objection to the motion having been lodged within the time required by Local Rule 9013-1F, any potential objections have been waived, and the motion is therefore granted.

Enter: Dan Fine

Honorable Daniel R. Fine
United States Bankruptcy Judge

Dated: October 22, 2026

**Prepared by:**

Thomas H. Hooper
Chapter 13 Trustee
150 N. Michigan Ave., Suite 3800
Chicago, IL 60601
(312) 294-5900