**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| RE: RASHAD BAILEY | ) | Case No. 26 B 12116 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: DANIEL R FINE |

# NOTICE OF MOTION

RASHAD BAILEY
10210 S TRUMBULL AVE
EVERGREEN PK, IL 60805

THE SEMRAD LAW FIRM LLC
via Clerk's ECF noticing procedures

PLEASE TAKE NOTICE that on November 05, 2026 at 10:00 am., I will appear before the Honorable Judge DANIEL R FINE or any judge sitting in the judge's place, **either** in Courtroom 619, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the motion of trustee to dismiss for failure to make plan payments, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com. Then enter the meeting ID and No passcode is required.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and No passcode is required.

**Meeting ID and passcode**. The meeting ID for this hearing is 161 414 7941 and No passcode is required. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Thomas H. Hooper
Chapter 13 Trustee
150 N Michigan Ave
Suite 3800
Chicago, IL 60601
(312) 294-5900

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| RE: RASHAD BAILEY | ) | Case No. 26 B 12116 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: DANIEL R FINE |

## MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Thomas H. Hooper, Trustee and requests that this case be dismissed pursuant to 11 U.S.C. §1307(c)(6), and in support thereof respectfully states the following:

On July 22, 2026 the debtor filed a petition under Chapter 13 of Title 11 U.S.C.

Pursuant to 11 U.S.C. § 1326 (a)(1), "Unless the court orders otherwise, the debtor shall commence making payments not later than 30 days after the date of filing of the plan or the order for relief, whichever is earlier..."

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 3 | $3,855.00 | $1,285.00 | $2,570.00 |

A summary of the 3 most recent receipt items is set forth below: Report Date: 10/27/2026
Due Each Month: $1,285.00
Next Payment Due: 11/21/2026

| Receipt Date | Ref Number | Amount |
|---|---|---|
| 08/24/2026 | 767899 | $1,285.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this Court deems just and proper.

/s/ Thomas H. Hooper

Thomas H. Hooper, Trustee

Thomas H. Hooper
Chapter 13 Trustee
150 N Michigan Ave
Suite 3800
Chicago, IL 60601
(312) 294-5900

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS DISTRICT OF ILLINOIS
EASTERN DIVISION DIVISION

IN RE:

RASHAD BAILEY

CASE NO: 2612116

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13
Judge: DANIEL R FINE
Hearing Location: Appear In Courtroom 619, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Fine
Hearing Date: 11/05/2026
Hearing Time: 10:00 AM

---

On 10/27/2026, I did cause a copy of the following documents, described below,

Motion To Dismiss For Failure to Make Plan Payments

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/27/2026

/s/ Thomas H. Hooper
Thomas H. Hooper

Thomas H. Hooper, Chapter 13 Trustee
150 N Michigan Ave, Suite 3800
Chicago, IL 60601
312-294-5900
chiweb@chicagoch13.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS DISTRICT OF ILLINOIS
EASTERN DIVISION DIVISION

IN RE:

RASHAD BAILEY

CASE NO: 2612116

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
Judge: DANIEL R FINE
Hearing Location: Appear In Courtroom 619, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Fine
Hearing Date: 11/05/2026
Hearing Time: 10:00 AM

On 10/27/2026, a copy of the following documents, described below,

Motion To Dismiss For Failure to Make Plan Payments

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/27/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas H. Hooper
Thomas H. Hooper, Chapter 13 Trustee
150 N Michigan Ave, Suite 3800
Chicago, IL 60601

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

RASHAD BAILEY
10210 S TRUMBULL AVE
EVERGREEN PK IL 60805